```
               FILED      LODGED
                          RECEIVED

              OCT 31 2018

         CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR PACIFIC CONTRACTORS, INC., a Washington corporation; M.A. MORTENSON COMPANY, a Minnesota corporation; and HOLROYD COMPANY, INC., a Washington corporation.<br><br>Defendants. | No.  3:17-cv-05112<br><br>STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDCE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all remaining parties to this action—Crum & Forster Specialty Insurance Company ("Crum & Forster"), Harbor Pacific Contractors, Inc. ("Harbor Pacific"), and Holroyd Company Inc. ("Holroyd")—hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice, each party to bear its own fees and costs.  This stipulation has been agreed to by, and served on, all parties.

Pursuant to this stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties request that the Court dismiss all claims with prejudice and terminate this civil action.

1 | Dated: October 5, 2018

2 | SHOOK, HARDY & BACON L.L.P.

3 | By: /s/ Heather Hedeen
/s/ David E. Schoenfeld
4 | /s/ Riley C. Mendoza

5 | Heather Hedeen, WSBA No. 50687
Columbia Center
6 | 701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
7 | (206) 344-7600
(206) 344-3113 (fax)

8 |

9 | David E. Schoenfeld
Riley C. Mendoza
10 | 111 South Wacker Drive, Suite 5100
Chicago, IL 60606
11 | (312) 704-7700
(312) 558-1195 (fax)

12 | *Attorneys for Crum & Forster Specialty Insurance Company*

13 | ASHBAUGH BEAL LLP

14 | By: /s/ Tristan Noel Swanson
Tristan Noel Swanson
15 | 701 Fifth Ave.
Suite 4400
16 | Seattle, WA 98104-7012
206-386-5900
17 |

18 | *Attorneys for Harbor Pacific Contractors, Inc.*

19 | KATHRYN KEATON PLLC

IT IS SO ORDERED THIS 31st DAY OF October, 2018   By: /s/ Kathryn A. Keaton
Kathryn A. Keaton
[signature]
1420 5th Avenue
UNITED STATES DISTRICT COURT JUDGE   Suite 3377
Seattle, WA 98101
22 | 206-838-2515

23 | *Attorney for Holroyd Company, Inc.*

Stipulation of Dismissal of All Claims With Prejudice

Page 2 of 3

4091026 v1